159 F.3d 1217
 98 Cal. Daily Op. Serv. 8405, 98 Daily Journal
D.A.R. 11,671
Daniel MAGANA-PIZANO, Petitioner-Appellant,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent-Appellee.
 Nos. 97-15678, 97-70384.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 13, 1998.
 
 1
 Appeal from the United States District Court for the District of Arizona Stephen M. McNamee, District Judge, Presiding and a Petition for Review of an Order of the Board of Immigration Appeals. INS No. Awb-itn-qdy. D.C. No. CV 97-00619 SMM.
 
 
 2
 Before: GOODWIN and THOMAS, Circuit Judges, PREGERSON,* District Judge.
 
 ORDER
 
 3
 It is ordered that the opinion filed on September 1, 1998, be amended to delete the paragraph at page 5, as reported in 152 F.3d 1213 at 1215, which states:Petitions for review filed between the passage of IIRIRA on September 30, 1996, and IIRIRA's general effective date of April 1, 1997, are governed by interim transitional rules. See IIRIRA § 309(c); Kalaw v. INS, 133 F.3d 1147, 1150 (9th Cir.1997).
 
 
 4
 In lieu thereof, the following language is hereby substituted:
 
 
 5
 Immigration proceedings initiated by the INS before IIRIRA's general effective date of April 1, 1997, in which a final deportation or exclusion order was filed after October 30, 1996, are governed by interim transitional rules. See IIRIRA § 309(c); Kalaw v. INS, 133 F.3d 1147, 1150 (9th Cir.1997).
 
 
 
 *
 The Honorable Dean D. Pregerson, United States District Judge for the Central District of California, sitting by designation